## ROBERT BOSCH HEALTHCARE SYSTEMS, INC., Appellant

v.

## CARDIOCOM, LLC, Appellee

2015–1601
15–1602
15–1610

United States Court of Appeals,
Federal Circuit.

June 29, 2016

MARK S. DAVIES, Orrick, Herrington & Sutcliffe LLP, Washington, DC, argued for appellant. Also represented by KATHERINE M. KOPP; DONALD E. DAYBELL, Irvine, CA; BAS DE BLANK, LILLIAN J. MAO, Menlo Park, CA.

MARK CHRISTOPHER FLEMING, Wilmer Cutler Pickering Hale and Dorr LLP, Boston, MA, argued for appellee. Also represented by REBECCA A. BACT, ERIC FLETCHER; DANIEL W. McDONALD, Merchant & Gould P.C., Minneapolis, MN.

(Newman, Dyk, and Reyna, Circuit Judges).

### JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**